**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CESAR ABARCA, | Case No. 1:24-cv-0624 KES FRS (BAM) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE |
| v. | |
| REYES, et al., | Doc. 14 |
| Defendants. | |

Cesar Abarca seeks to hold the defendants liable for violations of federal and state law related to an incident that resulted in his right pinky finger being severed. *See* Doc. 20. The magistrate judge screened the second amended complaint pursuant to 28 U.S.C. § 1915A(a) and found Abarca failed to state a cognizable claim upon which relief could be granted under federal law. Doc. 14 at 4-6. The magistrate judge also found the court lacks jurisdiction over the claim arising under California's Worker's Compensation Act. *Id.* at 8-9.

The magistrate judge observed the Court provided the applicable legal standards and Abarca twice failed to cure the pleading deficiencies identified. *See* Doc. 14 at 10; *see also* Docs. 5, 9. Therefore, the magistrate judge found further leave to amend was "not warranted" and recommended dismissal of the federal causes of action for failure to state a claim. *Id.* The magistrate judge also recommended the Court decline supplemental jurisdiction over the state law claims due to the failure to state a claim under federal law. *Id.* at 8.

1

The Court served the findings and recommendations on Abarca and notified him that any objections were due within 14 days. Doc. 14 at 10. The court also informed Abarca that failure to file objections within the specified time may result in the waiver of certain rights on appeal. *Id.* at 5, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014). Abarca did not file objections, and the deadline to do so expired.

Consistent with the provisions of 28 U.S.C. § 636(b)(1), the Court conducted a de novo review of the case. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and by proper analysis. The operative pleading fails to state a cognizable claim under federal law. Thus, the court **ORDERS**:

1. The findings and recommendations issued on February 4, 2026 (Doc. 14) are **ADOPTED**.

2. Plaintiff's claims arising under federal law are **DISMISSED** with prejudice for failure to state a claim.

3. The Court **DECLINES** supplemental jurisdiction over the claims arising under state law.

4. Plaintiff's claims under state law are **DISMISSED** without prejudice.

5. The Clerk of Court is directed to assign a magistrate judge for the purpose of closing this action and to close this case.

IT IS SO ORDERED.

Dated:   March 10, 2026

UNITED STATES DISTRICT JUDGE

2